

MAY 13 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04-CV-103

| | |
|---|---|
| OLUCHUKWU EKECHUKWU, )<br>        Plaintiff, )<br>)<br>v. )<br>)   **ORDER**<br>BARBER-SCOTIA COLLEGE, )<br>        Defendant. )<br>_____ ) | |

THIS CAUSE coming to be heard before the undersigned Judge upon plaintiff's motion for a modification of the Pretrial Order and Case Management Plan for extension of the deadlines to complete discovery and for filing dispositiove motions, and it appearing to the Court that in the interest of justice the extension of the deadlines should be granted and plaintiff's Motion is made in good faith and not interposed for improper purpose or delay;

IT IS THEREFORE ORDERED that the deadlines for completion of discovery in this matter is hereby extended up to and including June 17, 2005, and the deadline for filing dispositive motions is hereby extended up to and including July 18, 2005.

This the _18th_ day of _May_, 2005.

_Carl Horn III_
The Honorable Carl Horn, III,
~~Chief~~ United States Magistrate Judge

DOCUMENT SCANNED